UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Kathleen Mellon, *individually and on behalf of all others similarly situated*,

        Plaintiff,

–v–

Enhanced Recovery Company, LLC,

        Defendant.

---

18-CV-2285 (AJN)

ORDER

MAR 0 6 2019

ALISON J. NATHAN, District Judge:

    On February 11, 2019, the Court found that Plaintiff Kathleen Mellon's amended complaint failed to state a claim for relief under either 15 U.S.C. §§ 1692e or 1692g. Dkt. No. 30. The Court gave Plaintiff an opportunity to file a second amended complaint within two weeks of its order and informed Plaintiff that her action would be dismissed for failure to state a claim if she did not so file. *Id.* As of this date, no second amended complaint has been filed. Accordingly, Plaintiff's claims are hereby DISMISSED. Because Plaintiff was afforded two previous opportunities to amend her complaint, her claims are dismissed with prejudice. The Clerk of the Court is respectfully directed to close this case.

    SO ORDERED.

Dated: March 6, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge