UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kathleen Mellon, *individually and on behalf of all others similarly situated*,

Plaintiff,

–v–

Enhanced Recovery Company, LLC,

Defendant.

18-CV-2285 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On February 11, 2019, the Court found that Plaintiff Kathleen Mellon's amended complaint failed to state a claim for relief under either 15 U.S.C. §§ 1692e or 1692g. Dkt. No. 30. The Court gave Plaintiff an opportunity to file a second amended complaint within two weeks of its order and informed Plaintiff that her action would be dismissed for failure to state a claim if she did not so file. *Id.* No second amended complaint was filed, and because Plaintiff had previously been afforded two opportunities to amend her complaint, this Court dismissed her claims with prejudice and requested that the Clerk of Court enter judgment. Dkt. No. 31.

In light of that dismissal, the Court requests that the Clerk of Court enter judgment.

SO ORDERED.

Dated: ~~March~~ April 5, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge