UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Kathleen Mellon, individually and on behalf of all others similarly situated,

                        Plaintiff,

-against-

Enhanced Recovery Company, LLC,
                        Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/19
```

18 CIVIL 2285 (AJN)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 8, 2019, and the Order dated February 11, 2019, the Court found that Plaintiff Kathleen Mellon's amended complaint failed to state a claim for relief under either 15 U.S.C. §§ 1692e or 1692g. The Court gave Plaintiff an opportunity to file a second amended complaint within two weeks of its order and informed Plaintiff that her action would be dismissed for failure to state a claim if she did not so file. No second amended complaint was filed, and because Plaintiff had previously been afforded two opportunities to amend her complaint, this Court dismissed her claims with prejudice. In light of that dismissal, judgment is hereby entered.

**Dated:** New York, New York
         April 8, 2019

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                               **BY:**
                                                        **Deputy Clerk**